# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs.　Dementrius Nave　　　　　　　　　　　　　Docket No. 3:01CR00181(DJS)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, Charmaine R. Harkins, presenting an official report upon the conduct and attitude of Dementrius Nave who was sentenced to 51 months for a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm by the Honorable Dominic J. Squatrito, sitting in the court at Hartford, Connecticut, on December 18, 2001, who fixed the period of supervision at three years which commenced on July 15, 2005, and imposed the general terms and conditions theretofore adopted by the court. Special conditions include: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the U.S. Probation Office which may include substance abuse testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment based on his ability to pay, in an amount to be determined by the U.S. Probation Office; 2) The defendant shall participate in educational/vocational training as deemed appropriate by the U.S. Probation Office.

Supervision is scheduled to terminated on July 14, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1 - Mandatory Condition: "You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter." On January 25, 2006, On January 25, 2006, Mr. Nave tested positive for cocaine.

Charge No. 3 - Mandatory Condition: "You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance." On September 16, 2005, the defendant was arrested by Hartford Police Department and charged with two counts of Assault 1st Degree, two counts of Assault on Personnel, Operating Under Suspension and Reckless Driving. These cases are pending under docket numbers HHD-CR05-594184 and HHD-MV05-423062 in Hartford Superior Court. On January 23, 206, the defendant posted a $250,000 bond and is scheduled to appear in Court again on March 7, 2006.

On January 30, 2006, Mr. Nave was present during a fatal shooting on Enfield Street, Hartford, Connecticut. Also, on February 18, 2006, Mr. Nave was named as a suspect in a shooting incident at 949 Albany Avenue, Hartford, Connecticut. After discussions with the Hartford Police Department concerning these cases, it is believed that at this point in time, Mr. Nave is a danger to himself and others in the community and is frequenting places that are known to be areas associated with gang related crimes.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 23rd day of February 2006 and ordered filed and made a part of the records in the above case.

Sworn to By _____
United States Probation Officer

Place Hartford, Connecticut
Date 2/23/06

The Honorable Alvin W. Thompson
United States District Judge

Before me, the Honorable United States District Judge, on this 23rd day of February at Hartford, Connecticut, U.S. Probation Officer Charmaine R. Harkins appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alvin W. Thompson
United States District Judge