# United States District Court

DISTRICT OF __CT__

USA v. Dimentrius Nave

**Gov't's EXHIBIT ~~AND WITNESS~~ LIST**

CASE NUMBER: 3:01CR181 (DJS)

| | | |
|---|---|---|
| PRESIDING JUDGE D.F. Martinez | PLAINTIFF'S ATTORNEY Gov't. T. Daily | DEFENDANT'S ATTORNEY G. Weinberger |
| TRIAL DATE(S) 3/1/06 | COURT REPORTER S. Bowles | COURTROOM DEPUTY R.K. Wood |

Gov't.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/1/06 | ✓ | ✓ | Controlled substance Test |
| 2 | | " | ✓ | ✓ | Application for Arrest Warrant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages