UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:01CR181(DJS) |
| DEMENTRIUS NAVE | : | |

ORDER

WHEREAS a petition has been filed by the United States Probation Office alleging violations of conditions of supervised release by the defendant Dementrius Nave, the predominant allegation being that Mr. Nave has committed state offenses in violation of Connecticut law while on supervised release, and as to which probable cause has been found to exist and as to which Mr. Nave is presently awaiting trial in Connecticut Superior Court;

WHEREAS this Court, the Honorable United States Magistrate Judge Donna F. Martinez, ordered Mr. Nave detained as a danger to the community pending a revocation hearing;

WHEREAS the defendant desires to be held in state custody pending resolution of the state offenses and of the alleged violations of supervised release,

WHEREAS, to that end, the defendant consented to an increase in his state bond of $25,000, whereby a state detainer was filed in regard to the state offenses; and

WHEREAS this Court has found, with the concurrence of the parties, that it is in the best interests of justice that as long as the defendant is in state custody that further proceedings should be held in abeyance until the issue of whether the defendant is guilty of the pending state charges is resolved in that forum, and hence that under Federal Rule of Criminal Procedure 32.1(b)(2) holding a revocation hearing as soon as the pending state charges are resolved will be reasonable under the

- 2 -

circumstances, it is hereby

ORDERED that a supervised release revocation hearing will be held immediately upon the resolution of the pending state charges in Connecticut Superior Court or upon release of defendant from state custody at any time for any reason;

ORDERED that the defendant, who is presently in federal custody with a State of Connecticut detainer, is hereby released to the custody of the State of Connecticut on the pending state charges; and

ORDERED that immediately upon the defendant entering the custody of the State of Connecticut a detainer is to be lodged against him in the above-entitled case to ensure that if he is released from the custody of the State of Connecticut at any time and for any reason he will revert to federal custody pending a hearing regarding his alleged violations of supervised release.

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this 13th day of March 2006.

/s/
Alvin W. Thompson
United States District Judge