Form 12
Case 3:01-cr-00181-AWT   Document 23   Filed 03/23/2006   Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs.   Dementrius Nave

Docket No. 3:01CR00181(DJS)

## AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, Otto Rothi, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Dementrius Nave who was sentenced to 51 months for a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm by the Honorable Dominic J. Squatrito, sitting in the court at Hartford, Connecticut, on December 18, 2001, who fixed the period of supervision at three years which commenced on July 15, 2005, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the U.S. Probation Office which may include substance abuse testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all ,or a portion of, the cost associated with treatment based on his ability to pay, in an amount to be determined by the U.S. Probation Office; 2) The defendant shall participate in educational/vocational training as deemed appropriate by the U.S. Probation Office.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1 - Mandatory Condition: "You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter." On July 15, 2005, the defendant submitted a positive drug test for marijuana. On January 25, 2006, the defendant submitted a positive drug test for cocaine.

Charge No. 2 - Standard Condition 1: "You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance." On September 16, 2005, the defendant was arrested by the Hartford Police Department and charged with Assault 1st Degree, Assault on Personnel, Operating Under Suspension, and Reckless Driving. These cases are presently pending under docket numbers HHD-CR05-594184 and HHD-MV05-423062 at the Hartford Superior Court.

Charge No. 3 - Standard Condition 9: "You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered." Mr. Nave was involved in a shooting incident that happened in the vicinity of 71 Burton Street in Hartford (on September 13, 2005), and was shot in his right foot. This location is located in an area where, according to the Hartford Police Department, there were moderate narcotics related incidents between July 1, 2005 and February 28, 2006.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a detainer with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 23rd day of March 2006 and ordered filed and made a part of the records in the above case.

The Honorable Alvin W. Thompson
United States District Judge

Sworn to By

Otto Rothi
United States Probation Officer

Place Hartford, Connecticut

Date 3-23-06

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 23rd day of March 2006 at Hartford, Connecticut, U.S. Probation Officer Otto Rothi appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Alvin W. Thompson
United States District Judge