UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:01CR181(DJS) |
| DEMENTRIUS NAVE | : |

<u>ORDER</u>

In the interest of justice, the above identified case is hereby transferred to <u>Alvin W. Thompson, United States District Judge.</u>  All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>Hartford, Connecticut and bear the docket number 3:01CR181 (AWT).</u> Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a)]

It is so **ORDERED**.

Dated at Hartford, Connecticut this 24th day of March 2006.

/s/DJS<br>
Dominic J. Squatrito<br>
U.S. District Judge