```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT

UNITED STATES                    :

        v.                       :    CRIMINAL NO.3:01CR181(AWT)

DIMENTRIUS NAVE                  :    MAY 22, 2007
```

**APPEARANCE**

The undersigned attorney hereby requests that his appearance as counsel for the Government be entered in the above-entitled case.

```
                            Respectfully submitted,

                            KEVIN J. O'CONNOR
                            UNITED STATES ATTORNEY



                            THOMAS V. DAILY
                            ASSISTANT UNITED STATES ATTORNEY
                            Federal Bar No. ct03467
                            450 Main Street, Rm. 328
                            Hartford, CT   06103
                            (860) 947-1101
```

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed this 22nd day of May, 2007 to the following:

Gary D. Weinberger, Esq.
Assistant Federal Public Defender
10 Columbus Boulevard, Floor 6
Hartford, CT 06106

```
                            _____
                            THOMAS V. DAILY
                            ASSISTANT UNITED STATES ATTORNEY
```